```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Ricky Davis, Sr.

                v.                Case No. 18-cv-1246-PB

State of New Hampshire

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 27, 2019.

                                        /s/ Paul Barbadoro
                                      _____
                                      Paul Barbadoro
                                      United States District Judge

Date: September 25, 2019