UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Rick Davis, Sr.

   v.                                    Case No. 18-cv-1246-SE

N.H. State Prison Warden


<u>ORDER</u>

No objection having been filed, I herewith approve the Report and
Recommendation of Magistrate Judge Andrea K. Johnstone dated February
27, 2024. For the reasons explained therein, the Warden's motion for
summary judgment (Doc. No. 97) and his previous motion for summary
judgment (Doc. No. 71), which was previously denied without prejudice,
but has been incorporated therein, is granted. Davis's petition for a
writ of habeas corpus is dismissed.

"'[O]nly those issues fairly raised by the objections to the
magistrate's report are subject to review in the district court and
those not preserved by such objection are precluded on appeal.'"
<u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st
Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848
F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-
Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to
file a specific objection to magistrate's report will waive the right
to appeal).

I find that the Petitioner has failed to make a substantial
showing of the denial of any constitutional right, and no jurists of
reason would find it debatable whether this court's assessment of the
constitutional claims or procedural rulings are correct. Therefore, I

decline to issue a certificate of appealability. See 28 U.S.C. §

2253(c)(2); Rule 11, Rules Governing § 2254 Cases; First Cir. LR 22.0;

see also Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

     The clerk shall enter judgment and close this case.

_____
Samantha D. Elliott
United States District Judge

Date: March 29, 2024


cc:   Rick Davis, pro se
      Elizabeth C. Woodcock, Esq.